1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11    ISRAEL MALDONADO,                    )    No. C 12-4292 LHK (PR)
                                          )
12              Plaintiff,                 )    ORDER OF TRANSFER
                                          )
13       vs.                               )
                                          )
14    FACILITY 4A BUILDING 8 STAFF, et al., )
                                          )
15              Defendants.                )
                                          )
16

17          Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint pursuant

18    to 42 U.S.C. § 1983.  The acts complained of appear to have occurred in Tehachapi, and

19    Defendants are located in Tehachapi, which lies within the venue of the Eastern District of

20    California.  Therefore, venue properly lies in the Eastern District.  *See* 28 U.S.C. § 1391(b).

21    Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern

22    District of California.  *See* 28 U.S.C. § 1406(a).  The Clerk shall terminate all pending motions

23    and transfer the entire file to the Eastern District of California.

24          IT IS SO ORDERED.

    DATED:  ___10/1/12___

25                                              _____
                                                LUCY H. LOH
26                                              United States District Judge

27

28

Order of Transfer
G:\PRO-SE\SJ.LHK\CR.12\Maldonado292trans.wpd