# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO,<br><br>Plaintiff,<br><br>v.<br><br>FACILITY 4A BUILDING 8 STAFF, et al.,<br><br>Defendants. | Case No. 1:12-cv-01630-DLB PC<br><br>**ORDER TO SHOW CAUSE**<br><br>ECF No. 13<br><br>RESPONSE DUE WITHIN FOURTEEN DAYS |

Plaintiff Israel Maldonado ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On April 8, 2013, the Court screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A(a) and § 1915(e)(2)(B) and dismissed it for failure to state a claim, with leave to file an amended complaint within thirty days. ECF No. 13. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within **fourteen (14) days** from the date of service of this order why this action should not be dismissed for failure to obey a court order and failure to state a claim. Failure to timely respond or otherwise show cause will result in dismissal of this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

Dated: **May 23, 2013**　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1